# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

ISAAC ALFONSO LEE,

     Plaintiff,

v.                              CASE NO. 5:25cv125-RH-MJF

MCCORMICK CONTRACTING, et al.,

     Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 18. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on May 20, 2026.

          s/Robert L. Hinkle_____
          United States District Judge